IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TERRELL WALTON<br>*Plaintiff,*<br><br>v.<br><br>JOSEPH CORVI; NICOLE WILSON; PENNSYLVANIA SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS; and MARC SCHADE<br>*Defendants*. | CIVIL ACTION NO. 25-1318 |
|---|---|

## ORDER re MOTION TO DISMISS

**AND NOW** this 30th day of April, 2025, upon consideration of Defendant Marc Schade's Motion to Dismiss (ECF 4) and Plaintiff Terrell Walton's Response (ECF 11), for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that Defendant Schade's Motion to Dismiss is **DENIED**.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 25\25-1318 Walton v Corvi\25-1318 Order re MTD.docx