**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **TERRELL WALTON**<br><br>**v.**<br><br>**JOSEPH CORVI, ET AL.** | **CIVIL ACTION**<br><br>**NO. 25-1318** |

## ORDER RE: MOTION FOR SUMMARY JUDGMENT

**AND NOW**, this 16th day of June 2026, upon consideration of Plaintiff's Motion for Summary Judgment (ECF 50), Defendants PSPCA's and Wilson's Motion for Summary Judgment (ECF 52), Defendant Schade's Motion for Summary Judgment (ECF 53), Defendant Corvi's Motion for Summary Judgment (ECF 54), and the responses and replies thereto, it is hereby **ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (ECF 50) is **DENIED.**

2. Plaintiff's Motion for a Determination of the Sufficiency of the Answers and Objections of Defendants PSPCA and Nicole Wilson to Plaintiff's Request for Admissions (ECF 51) is **DENIED**.

3. Defendants Wilson's and PSPCA's Motion for Summary Judgment (ECF 52) is **GRANTED** as to Counts II, III and VI.

4. Defendant Schade's Motion for Summary Judgment (ECF 53) is **GRANTED** as to Counts IV and VII.

5. Defendant Corvi's Motion for Summary Judgment (ECF 54) is **GRANTED** as to Counts I and V.

6. Plaintiff's Motion in Limine to Preclude the Introduction of the Expert Witness Opinion Evidence (ECF 74) is **DENIED as moot**.

Judgment shall be entered in favor of all Defendants and against Plaintiff in this case.

The Clerk of Court shall close this case.

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 25\25-1318 Walton v Corvi\25-1318, Order re MSJ.docx

2